J-A21030-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| HELEN ESBENSHADE, ESQUIRE ADMINISTRATRIX AND PERSONAL REPRESENTATIVE OF THE ESTATE OF ADYLBEK MURATALIEV, DECEASED | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| ALPHA CONTRACTING III, LLC, KG CONSTRUCTION, ALLEGHENY POWER, ALLEGHENY ENERGY, WEST PENN POWER COMPANY, FIRST ENERGY CORPORATION, TRANZSPORTER, TIE DOWN ENGINEERING, INC., FAITH ALLIANCE CHURCH, AND THE WESTERN PENNSYLVANIA DISTRICT OF THE CHRISTIAN AND MISSIONARY ALLIANCE | |
| Appellees | No. NO. 447 EDA 2014 |

Appeal from the Order Dated January 27, 2014
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): September Term, 2013 No. 1552

BEFORE:  BOWES, J., OTT, J., AND STRASSBURGER, J.[*]

CONCURRING MEMORANDUM BY BOWES, J.:  **FILED DECEMBER 02, 2014**

While I agree with the majority's resolution of the first and fourth issues that it addresses, I respectfully disagree with the majority's position that Appellant waived her right to contest the propriety of the trial court's decision to transfer venue herein.  Majority Memorandum at 12.  The record

---

[*]  Retired Senior Judge assigned to the Superior Court.

in this matter establishes that Appellant filed answers and briefs in opposition to each of the defendant's preliminary objections seeking transfer of venue based upon the doctrine of forum *non conveniens*. In those briefs, she outlined appropriate argument, referenced applicable legal authority, and maintained that Appellees failed to establish the requisites for transfer of this matter to Indiana County. In her briefs, Appellant raised the averments presented as issues three, four, and five in her brief filed on appeal and addressed as issues B and C by the majority. Those questions therefore are not waived under Pa.R.A.P. 302(a).

Nevertheless, based upon the location of the accident, its distance from Philadelphia, and the number of witnesses located 300 miles away from Appellant's chosen forum, I conclude that the trial court did not abuse its discretion in transferring this lawsuit to Indiana County. ***Bratic v. Rubendall***, 99 A.3d 1 (Pa. 2014). Hence, I also would affirm and concur in the result reached by the majority.

Judge Strassburger joins this Concurring Memorandum.